NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2004-1579

DENNIS N. PIXTON,

Plaintiff-Appellant,

v.

B&B PLASTICS, INC. (doing business as Gambler),[1]

Defendant-Appellee,

and

MICHAEL SURMAN and JOAN BRINGGER
(as personal representatives of the estate of Jack Russell Bringger, III),[2]

Defendants.

Appeal from the United States District Court for the Southern District of Florida in case no. 99-CV-6360, Judge Kenneth A. Marra.

ON MOTION

ORDER

Dennis N. Pixton notifies the court that the bankruptcy proceedings before the United States Bankruptcy Court for the Southern District of Florida in In re B&B Plastics, No. 04-26039, have concluded and requests that this case proceed.

Upon consideration thereof,

---

[1] The court requests that B&B Plastics, Inc. inform the court whether it intends to participate in this appeal.

[2] The court requests that Michael Surman and Joan Bringger inform the court whether they intend to participate in this appeal.

IT IS ORDERED THAT:

The stay is lifted.  Pixton's brief is due within 40 days of the date of filing of this order.

FOR THE COURT

__JUN 24 2009__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:   Gayle E. Halligan, Esq.
Richard C. Bagdasarian, Esq.
Edward Fortune McHale, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 24 2009

JAN HORBALY
CLERK

2004-1579                    2